UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22519-COOKE/GOODMAN

DIANA YURANY VILLA,

    Plaintiff,

vs.

KOSTIV AND ASSOCIATES, P.A.,
KOSTIV & ASSOCIATES, P.C., and
PETRO R. KOSTIV,

    Defendants.
_____/

## JOINT STIPULATION FOR RULE 41 VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendants, through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012).

Respectfully submitted on this 2nd day of November 2020.

| | |
|---|---|
| s/Brian H. Pollock, Esq. | s/ Julie Moreno, Esq. |
| Brian H. Pollock, Esq. (174742) | Julie Moreno, Esq. (1020517) |
| brian@fairlawattorney.com | julie.moreno@kostivlaw.com |
| FAIRLAW FIRM | Kostiv & Associates, P.C. |
| 7300 N. Kendall Drive | 3450 Wilshire Blvd, |
| Suite 450 | Suite 450 |
| Miami, FL 33156 | Los Angeles, CA 90010 |
| Tel: 305.230.4884 | Tel: (213) 309-9123 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |