UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-22519-COOKE/GOODMAN

DIANA YURANY VILLA GOMEZ,

    Plaintiff,

vs.

KOSTIV AND ASSOCIATES, P.A.,
KOSTIV & ASSOCIATES, P.C., and
PETRO R. KOSTIV,

    Defendants.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CASE has been voluntarily **DISMISSED** *without prejudice* under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs. *See* ECF No. 32. The Court **DENIES** *as moot* all pending motions and Orders the Clerk to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 2nd day of November 2020.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*